

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00111-CR

Claudia **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 446387
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellant Claudia Cortez's motion for rehearing, filed on October 30, 2015, is hereby DENIED.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court